**FILED**

01/17/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0523

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0523

STATE OF MONTANA

      Plaintiff and Appellee,

v.

MICHAEL VOYLES

      Defendant and Appellant.

## ORDER

Upon consideration of Appellant's motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including January 31, 2024 in which to file and serve his Reply Brief.

**ELECTRONICALLY SIGNED AND DATED**

ORDER GRANTING EXTENSION OF TIME
Page 1 of 1

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 17 2024